U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NAGOG REAL ESTATE CONSULTING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> NAUTILUS INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO.: <br> 2019-11714 |

### DEFENDANT NAUTILUS INSURANCE COMPANY'S
### MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant Nautilus Insurance Company (hereinafter "Nautilus"), and moves pursuant to Fed. R. Civ. P. 56 and Local Rule 7.2(b) for a declaration that it has no obligation to provide a defense to or otherwise afford coverage for underlying claims against its policyholder in light of the "employee" exclusion contained in its policy. In support of this motion, defendant states that there is no genuine dispute as to any facts material to its entitlement to this requested relief. In support of this Motion, Plaintiff relies on the attached Memorandum of Law as well as its separate Statement of Undisputed Material Facts and supporting exhibits which are attached hereto.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant hereby requests a hearing on the present motion.

Respectfully submitted,
The defendant,
Nautilus Insurance Company,
By its attorneys,


/s/ Michael F. Aylward

Michael F. Aylward, BBO # 024850
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500


## CERTIFICATION

Pursuant to Local Rule 7.1(A)(2) I hereby certify that I have conferred with Attorneys Roderick Ames and Patricia Gary in a good faith but unsuccessful effort to resolve or narrow the issues presented in this Motion.

/s/ Michael F. Aylward

Michael F. Aylward


## CERTIFICATE OF SERVICE

I hereby certify that this document has been electronically filed, and served upon all counsel of record in compliance with the Fed. R. Civ. P. this 18th day of December, 2019.

/s/ Michael F. Aylward

Michael F. Aylward