U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NAGOG REAL ESTATE CONSULTING CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> NAUTILUS INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO.: <br> 1:19-CV-11714-DJC |

## PLAINTIFF, NAGOG REAL ESTATE CONSULTING CORPORATION'S MOTION TO STRIKE

Pursuant to Local Rule 7.1, the Plaintiff, Nagog Real Estate Consulting Corporation ("Nagog RE") moves the Court for an Order striking the Defendant Nautilus Insurance Company's ("Nautilus") Motion for Summary Judgment, Memorandum of Law, Local Rule 56.1 Statement of Material Facts, and Exhibits, because they improperly reference evidence which is extrinsic to the First Amended Complaint ("Complaint") in the underlying lawsuit, *Richard Desjean v. Nagog Homes LLC, and Jay P. Pramberg,* Middlesex Superior Court Docket No. 1881-CV-02896 (the "Underlying Lawsuit"). Nagog RE incorporates by reference its Memorandum of Law in Support of its Motion to Strike.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel hereby certifies that she conferred in good faith with the Defendant's counsel but could not reach agreement on this motion.

**WHEREFORE**, Nagog RE requests that this Honorable Court grant this motion and

(1) STRIKE or DENY Nautilus's Motion for Summary Judgment;

(2) STRIKE or disregard Nautilus's Memorandum in support of its Motion for Summary Judgment;

(3)   STRIKE or disregard Nautilus's Local Rule 56.1 Statement of Material Facts;

(4)   AWARD Nagog RE all of its legal fees and costs incurred in responding to Nautilus's Local Rule 56.1 Statement of Facts, and defending against Nautilus's Motion for Summary Judgment;'

(5)   GRANT whatever additional relief the Court deems necessary and proper.

                Respectfully submitted,

                NAGOG REAL ESTATE CONSULTING CORPORATION,
                By its attorneys,

                /s/Patricia B. Gary_____
                Michael P. Sams, BBO# 567812
                mpsams@kandslegal.com
                Patricia B. Gary, Esq., BBO#554731
                pbgary@kandslegal.com
                Rodney W. Ames, Jr., BBO# 682069
                rwames@kandslegal.com
                **KENNEY & SAMS, P.C.**
                Reservoir Corporate Center
                144 Turnpike Road
                Southborough, MA 01772
                T: (508) 490-8500
                F: (508) 490-8501

## CERTIFICATE OF SERVICE

     I hereby certify that on January 21, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                */s/* Patricia Gary_____
                Patricia B. Gary