UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NAGOG REAL ESTATE CONSULTING GROUP**<br>       Plaintiff,<br><br>v.<br><br>**NAUTILUS INSURANCE CO.**<br>       Defendant. | **Civil Action No.** 19-11714-DJC |

## JUDGMENT

**CASPER, J.**                                                                                                    August 5, 2020

     For the reasons stated in D. 39, judgment enters for Defendant Nautilus Insurance Company.

 

Robert M. Farrell, Clerk

/s/ Lisa M. Hourihan
Deputy Clerk